PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Paul Rodriguez              Case Number: A-19-CR-004-(4)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: November 14, 2019

Original Offense: Conspiracy to Possess with Intent to Distribute a Controlled Substance: Synthetic Cannabinoids, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C)

Original Sentence: Sentenced to nine (9) months custody in the U.S. Bureau of Prisons, to be followed by a three (3) year term of supervised release. Special conditions imposed include participate in substance abuse treatment, participate in mental health treatment, take mental health medication as prescribed, search and seizure, and pay a $100 special assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/19,/19
Assistant U.S. Attorney: Gabriel Aaron Cohen      Defense Attorney: Jana Ortega

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug test thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Noncompliance:** On February 13 & 24, 2020, and March 2, 2020, the offender submitted urine specimens which returned positive for marijuana.

**U.S. Probation Officer Action:** On March 10, 2020, the offender reported to the probation office to address the positive urine specimens. The offender admitted to having used marijuana to manage his depression. He reported he last smoked marijuana on March 7, 2020. The offender disclosed recent life stressors and struggles he was experiencing and stated he did not feel his psychiatric medication was addressing his needs. The offender requested an opportunity to address

his relapse in treatment. Based on the offender's disclosure, he was directed to report to Psychiatric Emergency Services (PES) the following day. In addition to addressing his mental health needs, the offender's treatment services were enhanced. The offender signed the Admit Denial Choice form admitting to the use of marijuana on all three dates noted.

On March 11, 2020, the offender reported to PES as directed. Following his appointment, he returned to the probation office to provide verification of his new psychiatric medication. Based on the offender's desire to continue in treatment and address his mental health needs, this officer respectfully requests no action be taken.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

_____
Patricia A. Whitson
Senior U.S. Probation Officer
Date: March 13, 2020

Approved: _____
*FOR* Martha N. Davis
Supervising U.S. Probation Officer
Date: March 13, 2020

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
U.S. Magistrate Judge

  March 13, 2020
Date